IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC. and KBI-E INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiffs identify the following parent corporations and publicly held corporations owning 10% or more of their stock:

- For AstraZeneca AB, Aktiebolaget Hässle and AstraZeneca LP:
  AstraZeneca PLC and Zeneca Wilmington, Inc.

- For KBI Inc. and KBI-E Inc.:
  Merck & Co., Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack Blumenfeld
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302)-658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiffs*
*AstraZeneca AB, Aktiebolaget Hässle,*
*AstraZeneca LP, KBI Inc. and KBI-E Inc.*

*Of Counsel*:

Errol B. Taylor
Fredrick M. Zullow
John M. Griem, Jr.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
(212) 530-5000

April 25, 2008