IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, KBI INC. and KBI-E INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | C.A. No. 08-238 (JJF) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), notice is hereby given that this action is dismissed without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302)-658-9200
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Plaintiffs*
   *AstraZeneca AB, Aktiebolaget Hässle,*
   *AstraZeneca LP, KBI Inc. and KBI-E Inc.*

*Of Counsel*:

Errol B. Taylor
Fredrick M. Zullow
John M. Griem, Jr.
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

June 19, 2008